IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ASOOFINE, et *al.*<br><br>Defendants. | Case No. 25-cv-10080<br><br>Judge Manish S. Shah<br><br>Magistrate Judge David Weisman |

**MOTION TO VACATE DEFAULT JUDGMENT, DISMISS WITH PREJUDICE, AND FOR SANCTIONS, OR IN THE ALTERNATIVE FOR LEAVE TO ANSWER OR OTHERWISE PLEAD, AND FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES**

Defendant Litfun hereby moves this Court to vacate its Default Judgment Order and Final Judgment (Dkts 53-54), to dismiss this action with prejudice in favor of Litfun, and to sanction Deckers and its attorneys at Greer Burns & Crain for vexatious and misleading litigation conduct. In support of its motion it states as follows:

1. Defendant Litfun files contemporaneously with this motion its proposed brief in support of it. This motion incorporates by reference the grounds and arguments set forth therein.

2. Litfun also seeks leave to file an oversized brief on the grounds that the complexity of the defenses advanced and the number of valid grounds for *vacatur* could not adequately be addressed within the fifteen-page limit. Additionally, the motion sets forth a more complicated than usual set of background facts which provides the basis not only for one of the grounds for vacatur, but also is the basis for Litfun's request for sanctions.

3. Counsel for Litfun has contacted counsel for Deckers. Deckers opposes this motion.

Therefore, for the reasons stated in the attached and contemporaneously-filed brief, Litfun respectfully requests that this Court:

1. Grant Litfun leave to file an oversized brief in support of its motion.
2. Vacate the default judgment and dismiss the Complaint with prejudice, or in the alternative vacate and give Litfun leave to respond or otherwise plead. And,
3. Sanction Deckers and its counsel as set forth in the accompanying brief.

Dated: April 2, 2026

Respectfully submitted,

*/s/ Michael La Porte*

**Michael R. La Porte**
Dunlap Bennett & Ludwig, PLLC
333 N. Michigan Avenue, Suite 2700
Chicago, IL 60601
Telephone: (312) 551-9500
mlaporte@dbllawyers.com

*Counsel for Litfun*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record who have filed an appearance in this matter.

The remaining parties I have served via electronic mail at the addresses listed below.

| Defendant/Seller Alias | Email Address |
|---|---|
| JINDASHANGMAO | 17689394116@163.com |
| HOME BETTER | 18112536716@163.com |
| Patayia-Direct | 287675959@qq.com |
| Qice | 2920295868@qq.com |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| chenzzi | chenztao1101@outlook.com |
| Unimaglif | cpadcy3005@163.com |
| DILI-STORE | dilikejiyxgs@163.com |
| Dongxihui | dongxihuiqz@163.com |
| [redacted] | [redacted] |
| XIAOXIAO88 | huangxj32@163.com |
| ASOOFINE | isoofine@163.com |
| VOLLENLACHEN | jarrysaillen@hotmail.com |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| YPNSWP | lzzying1818@163.com |
| B&XY | mxyshoes@163.com |
| Kaitan Liu | qzyiminyadianji@126.com |
| [redacted] | [redacted] |
| XAIODRAGONSKY | ssfodkei221010@outlook.com |
| [redacted] | [redacted] |
| [redacted] | [redacted] |
| VeerMo | veermo@outlook.com |
| JENNY_apo_shop | www.646434148@qq.com |
| [redacted] | [redacted] |

*/s/ Michael R. La Porte*
Michael R. La Porte